UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  CHARLES DEAN PHIPPS
        KELLIE ADARE PHIPPS
        DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 23-00333 KMS

## MOTION TO ALLOW SUPPLEMENTAL CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Supplemental Claim:

CMG MORTGAGE, INC.
CENLAR, FSB
425 PHILLIPS BLVD.
EWING, NJ  08618

Court Claim No. 15

Date of Notice of Post-Petition Mortgage Fees/Expenses:  August 03, 2023

Amount of Post-Petition Mortgage Fees/Expenses:  $350.00

Classification:  Secured

Trustee has reviewed the above Supplemental Claim and recommends that it would be in the best interests of the Debtor to allow said Claim, as a Special Claim, and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan, which should be modified in accord herewith, and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

                                                       /s/  David Rawlings
                                                       David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011

## CERTIFICATE OF SERVICE

    I, David Rawlings, do hereby certify that on August 16, 2023, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

CHARLES DEAN PHIPPS  
P.O. Box 1117  
Taylorsville, MS  39168  

THOMAS C. ROLLINS, JR  
P O Box 13767  
Jackson, MS  39236  

KELLIE ADARE PHIPPS  
P.O. Box 1117  
Taylorsville, MS  

CMG MORTGAGE, INC.  
CENLAR, FSB  
425 PHILLIPS BLVD.  
EWING, NJ  08618  

*/s/  David Rawlings*  
DAVID RAWLINGS, TRUSTEE